damages alleged in the declaration or any count thereof, they should find for plaintiff, was erroneous, where two counts averred respectively the violation of the provision of a city ordinance requiring a street railroad to bring its car to a full stop at a point one hundred feet from a railroad crossing, and a provision requiring a speed not to exceed two miles per hour upon approaching railroad crossings, and the alleged violation of the ordinance had nothing to do with the accident and the ordinance involved was not introduced in evidence.

---

## Fay Levitan, Appellee, v. Chicago & Western Indiana Railroad Company, Appellant, and Chicago City Railway Company and Calumet & South Chicago Railway Company.

### Gen. No. 22,882.     (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed October 9, 1917.

### Statement of the Case.

Action by Fay Levitan, plaintiff, against the Chicago & Western Indiana Railroad Company, Chicago City Railway Company and Calumet & South Chicago Railway Company, defendants, to recover damages for personal injuries sustained by plaintiff while a passenger on a street car belonging to defendant Chicago City Railway Company, due to a collision between such car and a railway train of defendant Chicago & Western Indiana Railroad Company. From a judgment for $2,500 for plaintiff, defendant Chicago & Western Indiana Railroad Company appeals, defendants Chicago City Railway Company and Calumet & South

Bernstein v. Langowsky, 207 Ill. App. 387.

Chicago Railway Company having prosecuted a separate appeal, for which see Gen. No. 22,934, *ante,* p. 384.

This cause of action arose out of the same accident involved in the cases of *Kittier v. Chicago & W. I. R. Co.,* 203 Ill. App. 439, and *Levitan v. Chicago City Ry. Co.,* 203 Ill. App. 441.

WORTH E. CAYLOR, for appellant.

EDWARD J. GREEN and A. H. RANES, for appellee; HARRY F. BREWER, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1793*—*when judgment reversed against all joint defendants.* Where a judgment against three defendants is reversed as to two of the defendants, it must likewise be reversed as to the third defendant.

---

## Adolph H. Bernstein, Appellee, v. George J. Langowsky, Appellant.

### Gen. No. 22,898.  (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed October 9, 1917.

## Statement of the Case.

Action by Adolph H. Bernstein, plaintiff, against George J. Langowsky, defendant, to recover the sum

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.